

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Tony Lee Jones,

\* From the 35th District Court
of Brown County
Trial Court No. CR24776.

Vs. No. 11-17-00049-CR

\* February 21, 2019

The State of Texas,

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

    This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.